## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CHARLES ALLEN (#484859)　　　　　　　　　　　　　　　　CIVIL ACTION

VERSUS

15-600-SDD-EWD

SEC. JAMES LEBLANC, ET AL.

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 14, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Plaintiff's *Motion for Evidentiary Hearing/Motion for Summary Judgment*[4] is denied without prejudice as premature, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 7 day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　SHELLY D. DICK, DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 29.
[3] Rec. Doc. 33.
[4] Rec. Doc. 22.